IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE KEVIN WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-00092-KD-C |
| DIVISION OF RISK MANAGEMENT, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and plaintiff Willie Kevin Williams having requested transfer to the United States District Court for the Middle District of Alabama, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.

Accordingly, this action is TRANSFERRED to the United States District Court for the Middle District of Alabama.

DONE this 10th day of April, 2012.

 s/ Kristi K. DuBose
KRISTI K. DUBOSE
UNITED STATES DISTRICT JUDGE